1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
4
5  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       Fax: (415) 436-6570
        Email: Julie.Reagin@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LATASHA RENEE GARCIA,<br><br>Defendant, | CASE NO. CR 11-0882-002 CW<br><br>WRIT OF CONTINUING GARNISHMENT |
| CAPITAL GROUP RETIREMENT PLAN SERVICES,<br><br>Garnishee. | |

TO:   Capital Group Retirement Plan Services
      12711 N. Meridian St.
      Carmel, IN 46032-9181

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

Writ of Continuing Garnishment
Case No: CR 11-0882-002 CW

1

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Latasha Renee Garcia
> 1230 Golden Springs Lane
> Concord, CA 94521
> Social Security Number (last four digits): XXX-XX-3715

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $487,049.94. As of December 23, 2019, the total balance due on the judgment debt, including accrued interest, was $478,216.42. The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. Such property would include, but not be limited to, retirement savings accounts in the name of Latasha Garcia.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d.  the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

  For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

  3.  After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

  Office of the Clerk
  United States District Court
  1301 Clay Street, Suite 400 S
  Oakland, CA 94612

  At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

  Latasha Renee Garcia
  1230 Golden Springs Lane
  Concord, CA 94521

  Julie C. Reagin, Assistant U.S. Attorney
  United States Attorney's Office
  450 Golden Gate Avenue, 9th Floor
  P.O. Box 36055
  San Francisco, CA 94102

  Please note that the attached form answer contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

  **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

1 SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT
2 WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S
3 NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE
4 EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO
5 THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN
6 THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION
7 REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG,
Clerk of the Court
United States District Court for the
Northern District of California

Dated: 1/9/2020        By: _____
                           Deputy Clerk

Writ of Continuing Garnishment
Case No: CR 11-0882-002 CW

4