DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6570
    Email: Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LATASHA RENEE GARCIA,<br><br>    Defendant,<br><br>CAPITAL GROUP RETIREMENT PLAN SERVICES,<br><br>    Garnishee, | CASE NO. CR 11-0882-002 CW<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT |

Upon consideration of the United States of America's Motion to Quash Writ of Continuing Garnishment and for good cause shown,

    IT IS HEREBY ORDERED that the United States of America's Motion to Quash Writ of Continuing Garnishment, which names Capital Group Retirement Plan Services as the sole garnishee (Docket No. 76), is granted.

Dated: January 21, 2020

                                             CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE